UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREYROCK DRILLING & PILEDRIVING LLC, a Washington limited liability company; and DAVID SJOGREN, an individual, <br><br> Defendants. | CASE NO. 2:23-cv-00063-TL <br><br> ORDER |

This matter is before the Court *sua sponte*. On June 14, 2023, the Court granted default judgment in favor of Plaintiffs and against Defendants. *See* Dkt. Nos. 20, 21. In doing so, the Court ordered Defendant Greyrock Drilling & Piledriving LLC ("Greyrock") to provide monthly remittance reports for November 2022 to March 2023 within 30 days of the Order. Dkt. No. 20 at 7. There has been no activity on the docket since that time.

ORDER - 1

Accordingly, Plaintiffs are ORDERED to file, **within fourteen (14) days** of this Order, a status report indicating whether the subject remittance reports were received and what the status of any request for an amended judgment might be, or whether the case may be closed.

Dated this 5th day of December 2023.

Tana Lin
United States District Judge